Ben D. Manevitz (NJ 004192005)
ben@manevitzlaw.com
**MANEVITZ LAW FIRM**
805 Clifton Avenue
Clifton, NJ 07013
Telephone: (973) 594-6529
Facsimile: (973) 689-9529

*Attorney for Plaintiff Christopher Sadowski.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEASLEY MEDIA GROUP, INC.,<br><br>　　　　Defendant. | **Civil Action No. 3:17-cv-08429-AET-LHG**<br>*Document filed electronically*<br><br>NOTICE OF DISMISSAL<br>PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i) |

　　PLEASE TAKE NOTICE that the above captioned action against Defendant Beasley Media Group, Inc. is dismissed by Plaintiff Christopher Sadoowski pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

　　The parties have entered into an agreement to settle the pending litigation; pursuant to that agreement, the present litigation is voluntarily dismissed.

Dated:  January 26, 2018　　　By:  　/s/Ben D Manevitz/
　　　　　　　　　　　　　　　　　　Ben D. Manevitz (NJ BN 004192005)
　　　　　　　　　　　　　　　　　　ben@manevitzlaw.com
　　　　　　　　　　　　　　　　　　**MANEVITZ LAW FIRM**
　　　　　　　　　　　　　　　　　　805 Clifton Avenue
　　　　　　　　　　　　　　　　　　Clifton, NJ 07013
　　　　　　　　　　　　　　　　　　Telephone: (973) 594-6529
　　　　　　　　　　　　　　　　　　Facsimile: (973) 689-9529

　　　　　　　　　　　　　　　　　　*Attorneys for*
　　　　　　　　　　　　　　　　　　*Plaintiff Christopher Sadowski*