Ben D. Manevitz (NJ 004192005)
ben@manevitzlaw.com
**MANEVITZ LAW FIRM**
805 Clifton Avenue
Clifton, NJ 07013
Telephone: (973) 594-6529
Facsimile: (973) 689-9529

*Attorney for Plaintiff Christopher Sadowski.*

RECEIVED
JAN 30 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BEASLEY MEDIA GROUP, INC.,<br><br>Defendant. | **Civil Action No. 3:17-cv-08429-AET-LHG**<br>*Document filed electronically*<br><br>NOTICE OF DISMISSAL<br>PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that the above captioned action against Defendant Beasley Media Group, Inc. is dismissed by Plaintiff Christopher Sadoowski pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

The parties have entered into an agreement to settle the pending litigation; pursuant to that agreement, the present litigation is voluntarily dismissed.

Dated: January 26, 2018    By: ____/s/Ben D Manevitz/____
Ben D. Manevitz (NJ BN 004192005)
ben@manevitzlaw.com
**MANEVITZ LAW FIRM**
805 Clifton Avenue
Clifton, NJ 07013
Telephone: (973) 594-6529
Facsimile: (973) 689-9529

*Attorneys for
Plaintiff Christopher Sadowski*

So Ordered
Anne E. Thompson USDJ
1/30/18

---

Case No.   3:17-cv-08429   -- STIP OF DISMISSAL                                    1